***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Submitted February 3, reversed and remanded March 1, 2023

JACOBE TYLER HALSEY,
*Petitioner-Appellant,*

*v.*

Brandon KELLY,
Superintendent,
Oregon State Penitentiary,
*Defendant-Respondent.*

Marion County Circuit Court
20CV08882; A176973

Patricia A. Sullivan, Senior Judge.

Margaret Huntington and O'Connor Weber LLC filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Erin K. Galli, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, and Joyce, Judge, and Jacquot, Judge.

PER CURIAM

Reversed and remanded. *Watkins v. Ackley*, 370 Or 604, 523 P3d 86 (2022); *Marshall v. Myers*, 324 Or App 126, 524 P3d 992 (2023).